

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

     :
     SEALED
   v.      : Criminal No. 06-132 GMS

     :

SHANNON G. TUSO      :

     :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the initial appearance/plea hearing regarding the above-captioned defendant is scheduled for **Wednesday, January 10, 2007, at 11:45 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in chambers, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet_____
UNITED STATES DISTRICT JUDGE

December 13, 2006