

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : SEALED |
| v. | : Criminal No. 06-132 GMS |
| | : |
| SHANNON G. TUSO | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is scheduled for **Monday, April 16, 2007, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in chambers, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 11, 2007