IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )  Case No. 06-132 GMS<br>  )<br>SHANNON G. TUSO,  )<br>  )<br>Defendant.  ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, with the exception of substituting the original Motion and Order to Seal (D.I. 1), which shall remain sealed, with the enclosed redacted copy of that document.

FILED
APR 1 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4-16-07

IT IS SO ORDERED this 19th day of April, 2007.

_____
Honorable Gregory M. Sleet
United States District Court